■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DEVORE, Appellant.— Application for an extension of time within which to perfect appeal granted and time is extended until the January 1960 Term of this court.  Application, in all other respects, denied.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN W. ASHBY, Appellant.— Motion by defendant-appellant for leave to prosecute appeal as a poor person upon typewritten record and briefs granted.  Motion by the defendant-appellant for an order enlarging the time to perfect appeal.  Motion granted and time is extended until October 20, 1959, upon condition that the defendant-appellant files note of issue and files and serves record and brief and is ready for argument at the November Term of this court.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ MAURICE SMITH, Appellant, v. BOGOLD BROS. INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves brief on or before October 15, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ CITY OF ALBANY et al., Respondents, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant, et al., Defendants.— Motion for reargument denied, without costs.  Motion for permission to appeal to the Court of Appeals granted, without costs.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH CAROSELLA, Appellant, against NEW YORK SKY PORT, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 10, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ ALICE MICKLE, Appellant, v. LYNDON ROBINSON, Respondent.— Motion for reargument denied, without costs.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ARLENE CHERNICK, an Infant by SIDNEY CHERNICK, Her Guardian ad Litem, et al., Appellants, v. HARTFORD ACCIDENT AND INDEMNITY Co., Respondent.— Motion for permission to appeal to the Court of Appeals on a certified question.  Motion granted, without costs, and this court certifies the following question:  Is the exclusory language of section 1448 of the Civil Practice Act with reference to an infant applicable to the arbitration provision of the uninsured automobile coverage indorsement?  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD EDWARD KING, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.  Motion for assignment of counsel granted and Walter J. Wiggins, Esq., Ithaca, New York is assigned as counsel for appellant.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.